**Madar Law Corporation**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
14410 Via Venezia #1404
San Diego, CA 92129
Telephone:  858-299-5879
Fax:  619-354-7281

Attorneys for Daniel Fagerson

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Fagerson,<br>Individually and on Behalf<br>Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DMJJ Construction, Inc.,<br>DOES,<br><br><br><br>Defendants | Civil Case No. 3:19-cv-01854-BEN-RBB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Daniel Fagerson, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to Daniel Fagerson, and is voluntarily dismissed without prejudice as to the putative class.

Dated this 14th day of November, 2019

**MADAR LAW CORPORATION**

/S/ *Alex S. Madar*
Alex S. Madar, Esq.
Attorney for Plaintiff
DANIEL FAGERSON

NOTICE OF VOLUNTARY DISMISSAL - 1